AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAR 20 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

VIRGINIO MARTINEZ-PEREZ

WAIVER OF INDICTMENT

CASE NUMBER: 08CR0820-W

I, VIRGINIO MARTINEZ-PEREZ, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 03/20/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

Virginio Martinez Perez
Counsel for Defendant

Before _____
JUDICIAL OFFICER