# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Virginio Martinez-Perez

**WARRANT FOR ARREST**

FILED 2008 AUG 21 AM 8:22
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CASE NUMBER: 08cr820 W

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Virginio Martinez-Perez

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense)

DATE ARRESTED 8/18/08
ARRESTED AND ARRAIGNED BY 8/19/08
In Court
Steve C. Stafford, Act'g
U.S. MARSHAL, S/CA
BY: Edw Rojo

RECEIVED 2008 AUG 25 US MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

In violation of Title See Above United States Code, Section(s) _____

| W. Samuel Hamrick, Jr. | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ C. Puttmann | 8/15/08       San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $ No Bail by The Honorable Thomas J. Whelan

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

Class I "D"         In Custody

@WCC   F915798.1855-765

07291-298
1/1/72